# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Hensel Phelps Construction Company ) ASBCA No. 58393
)
Under Contract No. W912DR-08-C-0012 )

APPEARANCES FOR THE APPELLANT: Lawrence M. Prosen, Esq.
Christian F. Henel, Esq.
Daniel P. Broderick, Esq.
  Thompson Hine LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Richard P. White, Esq.
Katherine T. Wainwright, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The parties having filed a joint motion to dismiss this appeal with prejudice, representing that, in accordance with their settlement agreement, the government paid appellant the principal amount of the settlement amount, plus Contract Disputes Act interest.

The parties having jointly moved to dismiss this appeal with prejudice, this appeal is hereby dismissed with prejudice.

Dated: 24 January 2014

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58393, Appeal of Hensel Phelps Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals